LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ATHANASIOS DIMOU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>ATHANASIOS DIMOU, and GRANT BROWNING,<br><br>       Defendants. | Case No.: 2:16-CR-133 TLN<br><br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:     October 19, 2017<br>Time:    9:30 a.m.<br>Court:   Hon. Troy L. Nunley |

       The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney James Conolly, Attorney J. Toney on behalf of Defendant Grant Browning, and Attorney Todd Leras on behalf of Defendant Athanasios Dimou, stipulate as follows:

       1.   This matter is presently set for a status conference on August 31, 2017.  An exclusion

ORDER CONTINUING STATUS
CONFERENCE

of time under the Speedy Trial Act had also previously been entered by order of this Court to August 31, 2017.

2. By this stipulation, Defendant Dimou moves to vacate the status conference presently set for August 31, 2017. The Officer of the Federal Defender had represented Mr. Dimou until he requested new counsel on August 17, 2017. The Court set the matter for a status of counsel hearing on August 24, 2017. Attorney Todd Leras appeared with Athanasios Dimou at that hearing and requested to substitute in as appointed counsel. The Court granted the request and later that same day, August 24, 2017, signed a written order granting the substitution of counsel.

3. Attorney Leras has obtained from the Office of the Federal Defender eight discs comprising discovery previously provided by the Government. Attorney Leras needs time to review the discovery materials and review them with Defendant Dimou. Defendant Dimou, through his new counsel, therefore requests to continue the status conference to October 19, 2017, at 9:30 a.m., and to exclude time between August 31, 2017 and October 19, 2017 under Local Code T-4. The United States and Defendant Browning do not oppose this request.

4. Attorney Leras represents and believes that failure to grant additional time as requested would deny Defendant Dimou the reasonable time necessary for effective preparation, considering the exercise of due diligence.

5. Based on the above-stated facts, Defendant Dimou requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the

Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 31, 2017 to October 19, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Dimou's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly and Attorney J. Toney have reviewed this proposed order and authorized Todd Leras to sign it on their behalf.

DATED: August 25, 2017

By    Todd D. Leras for
     JAMES CONOLLY
     Assistant United States Attorney

DATED: August 25, 2017

By    /s/ Todd D. Leras for
     J. TONEY
     Attorney for Defendant
     GRANT BROWNING

DATED: August 25, 2017

By    /s/ Todd D. Leras
     TODD D. LERAS
     Attorney for Defendant
     ATHANASIOS DIMOU

ORDER CONTINUING STATUS
CONFERENCE

## ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for August 31, 2017, is vacated. A new status conference is scheduled for October 19, 2017, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant Dimou's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from August 31, 2017, up to and including October 19, 2017.

DATED: August 28, 2017

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS
CONFERENCE