| | |
|---|---|
| 1 | LAW OFFICE OF TODD D. LERAS |
| 2 | Todd D. Leras, CA SBN 145666 |
|   | 455 Capitol Mall, Suite 802 |
| 3 | Sacramento, California 95814 |
|   | (916) 504-3933 |
| 4 | toddleras@gmail.com |
| 5 | Attorney for Defendant |
|   | ATHANASIOS DIMOU |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-133 TLN |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| ATHANASIOS DIMOU, | |
| Defendant. | Date:    June 14, 2018
Time:    9:30 a.m.
Court:   Hon. Troy L. Nunley |

Plaintiff United States of America by and through Assistant United States Attorney James Conolly, and Attorney Todd Leras on behalf of Defendant Athanasios Dimou, stipulate as follows:

1. This matter is presently set for a status conference on May 3, 2018. By this stipulation, Defendant Dimou moves to continue his status conference to June 14,

ORDER CONTINUING STATUS CONFERENCE

2018. The Office of the Federal Defender had represented Mr. Dimou until appointment of replacement counsel on August 24, 2017.

2. Replacement counsel has obtained from the Office of the Federal Defender eight discs comprising discovery previously provided by the Government and continues to review it with Mr. Dimou. In addition, defense counsel has conducted additional investigation and is engaged in ongoing investigation of potential defenses and evidence in mitigation of potential sentence in the event of a negotiated disposition. The events at issue in this case occurred in the Stockton region, approximately 50 miles driving distance from Sacramento. Defendant Dimou therefore requests to continue the status conference in his matter to June 14, 2018, at 9:30 a.m., and to exclude time between May 3, 2018 and June 14, 2018 under Local Code T-4. The United States does not oppose this request.

3. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Dimou the reasonable time necessary for effective preparation, considering the exercise of due diligence.

4. Based on the above-stated facts, Defendant Dimou requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 3, 2018 to June 14, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B)

ORDER CONTINUING STATUS
CONFERENCE

(iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Dimou's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized Todd Leras to sign it on his behalf.

DATED: May 1, 2018

By     Todd D. Leras for    
JAMES CONOLLY
Assistant United States Attorney

DATED: May 1, 2018

By     /s/ Todd D. Leras    
TODD D. LERAS
Attorney for Defendant
ATHANASIOS DIMOU

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter as to Athanasios Dimou, scheduled for May 3, 2018, is vacated. A new status conference for Athanasios Dimou is scheduled for June 14, 2018, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant Dimou's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from May 3, 2018, up to and including June 14, 2018.

DATED: May 1, 2018

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE