1  McGREGOR W. SCOTT
   United States Attorney
2  JAMES R. CONOLLY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00133-TLN |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ATHANASIOS DIMOU, | |
| Defendant. | DATE: August 2, 2018<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on August 2, 2018.

2. By this stipulation, the United States and defendant Athanasios Dimou move to continue the status conference until September 13, 2018, at 9:30 a.m., and to exclude time between August 2, 2018, and September 13, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The Office of the Federal Defender had represented Mr. Dimou until appointment of replacement counsel on August 24, 2017.

    b) Replacement counsel has obtained from the Office of the Federal Defender eight discs comprising discovery previously provided by the Government and continues to review it with Mr. Dimou. In addition, defense counsel has conducted additional investigation and is

engaged in ongoing investigation of potential defenses and evidence in mitigation of potential sentence in the event of a negotiated disposition.

  c) The events at issue in this case occurred in the Stockton region, approximately 50 miles driving distance from Sacramento.  Mr. Dimou is being held at the Wayne Brown Correctional Facility in Nevada City, California.  That facility is a driving distance of approximately 65 miles from downtown Sacramento, making client visits to review discovery and investigation reports more difficult than for inmates housed at the Sacramento Main Jail. This problem has been compounded due to defense counsel's trial schedule during the period from May 14 through June 4, 2018, which required that he remain near the federal courthouse in Sacramento.

  d) Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Mr. Dimou the reasonable time necessary for effective preparation, considering the exercise of due diligence.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 2, 2018 to September 13, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///

STIPULATION TO CONTINUE STATUS AND EXCLUDE
TIME FINDINGS AND ORDER

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED**.

Dated: July 31, 2018					McGREGOR W. SCOTT
								United States Attorney

								/s/ JAMES R. CONOLLY
								JAMES R. CONOLLY
								Assistant United States Attorney

Dated: July 31, 2018					/s/ *Todd D. Leras*
								TODD D. LERAS
								Counsel for Defendant
								Athanasios Dimou

### FINDINGS AND ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including September 13, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) (Local Code T4). It is further ordered the August 2, 2018 status conference shall be continued until September 13, 2018, at 9:30 a.m.

IT IS SO FOUND AND ORDERED this 31st day of July, 2018.

								Troy L. Nunley
								United States District Judge