LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ATHANASIOS DIMOU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ATHANASIOS DIMOU,<br><br>Defendant. | Case No.: 2:16-CR-133 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　October 18, 2018<br>Time:　　9:30 a.m.<br>Court:　　Hon. Troy L. Nunley |

Plaintiff United States of America by and through Assistant United States Attorney James Conolly, and Attorney Todd Leras on behalf of Defendant Athanasios Dimou, stipulate as follows:

1. This matter is presently set for a status conference on September 13, 2018. By this stipulation, Defendant Dimou moves to continue his status conference to October 18,

ORDER CONTINUING STATUS CONFERENCE

2018.

2. This case involves distribution of methamphetamine during several controlled purchases in Stockton. Defense counsel has conducted additional investigation and is engaged in ongoing investigation of potential defenses and evidence in mitigation of potential sentence in the event of a negotiated disposition.

3. Defendant Dimou is being held at the Wayne Brown Correctional Facility in Nevada City, California. That facility is a driving distance of approximately 65 miles from downtown Sacramento, making client visits to review discovery and investigation reports more difficult than for inmates housed at the Sacramento Main Jail.

4. The government has provided defendant with a proposed written plea agreement. During the past several weeks Mr. Dimou's sixteen-year old son has been undergoing treatment and preparation for surgery related to a serious health condition. Surgery for that condition occurred on Friday, September 7, 2018. Mr. Dimou requests additional time to consider the proposed resolution now that his son's surgery has been completed.

5. Defendant Dimou therefore requests to continue the status conference in his matter to October 18, 2018, at 9:30 a.m., and to exclude time between September 13, 2018 and October 18, 2018 under Local Code T-4. The United States does not oppose this request.

6. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Dimou the reasonable time necessary for effective preparation, considering the exercise of due diligence.

ORDER CONTINUING STATUS CONFERENCE

7. Based on the above-stated facts, Defendant Dimou requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of September 13, 2018 to October 18, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Dimou's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

9. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED: September 10, 2018

By ___Todd D. Leras for___
JAMES CONOLLY
Assistant United States Attorney

DATED: September 10, 2018

By ___/s/ Todd D. Leras___
TODD D. LERAS
Attorney for Defendant
ATHANASIOS DIMOU

ORDER CONTINUING STATUS CONFERENCE

# ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter as to Athanasios Dimou, scheduled for September 13, 2018, is vacated. A new status conference for Athanasios Dimou is scheduled for October 18, 2018, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant Dimou's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from September 13, 2018, up to and including October 18, 2018.

DATED: September 10, 2018

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE