LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ATHANASIOS DIMOU



FILED
SEP 13 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ATHANASIOS DIMOU,<br><br>Defendant. | Case No.: 2:16-CR-133 TLN<br><br>REQUEST TO FILE UNDER SEAL AND PROPOSED ORDER<br><br>Date: September 13, 2018<br>Time: 2:00 p.m.<br>Court: Hon. Carolyn K. Delaney |

Pursuant to Local Rule 14(b), Defendant, Athanasios Dimou, by and through his Counsel, Todd D. Leras, respectfully requests an Order sealing the Declaration of Private Investigator Fred Scoville offered in support of Defendant Athanasios Dimou's Motion for Temporary Release. The Declaration contains private information concerning the health condition of Mr. Dimou's biological son, Daniel Davidson. Daniel Davidson is a minor currently hospitalized at the U.C. Davis Medical Center.

The Court may order documents to be filed under seal. While the press and the public

REQUEST TO SEAL DOCUMENT
AND PROPOSED ORDER TO SEAL

have a presumed right of access to court proceedings and documents under the first amendment, this presumed right is not absolute. See Press-Enterprise Co. v. Superior Court, 464 U.S. 501 (1985). It can be overcome based on findings that closure is essential to preserve higher values and is narrowly tailored to serve that interest. Id. From the Court's perspective, the controlling interest is to articulate along with findings specific enough that a reviewing court can determine whether the closure order was properly entered. Id.

Here, the Defense seeks to file the supporting declaration under seal because of the nature of the information contained within the declaration. The information within the declaration includes a description of a minor's health condition, the present course of treatment for that condition, and the private telephone number of a social worker assigned to assist the minor before, during, and after the medical treatment.

Respectfully Submitted,

Dated: September 12, 2018                    /s/ Todd D. Leras
                                             TODD D. LERAS
                                             Attorney for ATHANASIOS DIMOU

REQUEST TO SEAL DOCUMENT
AND PROPOSED ORDER TO SEAL

# ORDER

Pursuant to Local Rule 14(b) and based upon the representations contained in Defendant's Request to Seal, IT IS SO FOUND AND ORDERED THAT, the DECLARATION OF INVESTIGATOR FRED SCOVILLE IN SUPPORT OF A MOTION FOR TEMPORARY RELEASE, shall be sealed until further order of this Court.

September 13, 2018

*(signed)*
HON. CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

REQUEST TO SEAL DOCUMENT
AND PROPOSED ORDER TO SEAL