LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
todd.leras@gmail.com
Attorney for Defendant
ATHANASIOS DIMOU



FILED

SEP 13 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-133 TLN |
| Plaintiff, | |
| vs. | MOTION FOR TEMPORARY RELEASE AND [~~PROPOSED~~] ORDER FOR TEMPORARY RELEASE |
| ATHANASIOS DIMOU, | |
| Defendant. | Date: September 13, 2018<br>Time: 2:00 p.m.<br>Court: Hon. Carolyn K. Delaney |

Defendant Athanasios Dimou, by and through his counsel, requests that the Court issue an order granting his temporary release from the Nevada County Jail for a visit with his son at the U.C. Davis Medical Center, 2315 Stockton Boulevard, Sacramento, California. Mr. Dimou's sixteen-year old son is recovering from major surgery performed on September 7, 2018. His son has requested an in-person visit from his father during recovery from the surgery.

ORDER CONTINUING STATUS CONFERENCE

Mr. Dimou has a close relationship with his son. Mr. Dimou is being held in pre-trial custody at the Wayne Brown Correctional Facility in Nevada City on charges involving alleged distribution of methamphetamine. His request is for a temporary release to the custody of Investigator Fred Scoville on September 14, 2018, from 7:30 a.m. to 4:00 p.m. Mr. Dimou's activity will be limited to traveling with Investigator Scoville from the Nevada County Jail to the U.C. Davis Medical Center. Investigator Scoville will escort Mr. Dimou to the visit with Mr. Dimou's son. Investigator Scoville will remain with Mr. Dimou at all times until his return to the Nevada County Jail following the visit and no later than 4:00 p.m. on September 14, 2018.

Investigator Scoville has previously escorted detained prisoners during temporary releases based on significant family events such as funerals and graduations in the following cases: (1) Maria Luisa Gonzales (Case No. 2:16-cr-16-110) defendant released on order of Magistrate Judge Barnes from the Sacramento County Jail to attend her sister's funeral near Fresno on August 14, 2018; (2) Kenneth Bell (2:14-cr-132 MCE) defendant released by stipulation of the government to attend his sister-in-law's funeral on November 22, 2016, and his youngest son's high school graduation ceremony on June 9, 2017; (3) Terry Graham (2:15-cr-071 MCE) defendant released by stipulation to attend his cousin's funeral on May 22, 2015; (4) Brandon Savaloja (2:10-cr-192 JAM) defendant released to attend the funeral of his grandfather on January 4, 2011; and (5) Keithen Wyrick (2:08-cr-416 MCE) defendant released on order of Magistrate Judge Delaney to attend his grandfather's funeral on September 17, 2015.

In the present case, Mr. Dimou's biological son is suffering from a serious health condition as outlined in the Declaration of Investigator Fred Scoville (filed under seal to protect the privacy of Mr. Dimou's son). The son has requested a visit from Mr. Dimou while the son is

ORDER CONTINUING STATUS
CONFERENCE

recovering from major surgery which occurred on September 7, 2018. Investigator Scoville intends to transport Mr. Dimou from the Nevada County Jail directly to the U.C. Davis Medical Center. Investigator Scoville will escort Mr. Dimou for a visit with his son during visiting hours which begin at 9:00 a.m. Further, Investigator Scoville will immediately return Mr. Dimou to the Nevada County Jail upon completion of the visit and no later than 4:00 p.m. on September 14, 2018.

DATED: September 12, 2018

By /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
ATHANASIOS DIMOU

ORDER CONTINUING STATUS CONFERENCE

# ORDER

GOOD CAUSE APPEARING TO EXIST, the Court orders the following:

1. Athanasios Dimou shall be released from the Wayne Brown Correctional Facility in Nevada City, California, on a "Temporary Out" on September 14, 2018, at 7:30 a.m., to the temporary custody of Investigator Fred Scoville, who has agreed to act as third-party custodian.

2. Upon temporary release, Athanasios Dimou shall remain with the third-party custodian while traveling from the Wayne Brown Correctional Facility to visit his son at the U.C. Davis Medical Center, 2315 Stockton Boulevard, Sacramento, California. Investigator Scoville shall remain with Athanasios Dimou during the visit with Mr. Dimou's son at the medical center.

3. Investigator Scoville shall return Athanasios Dimou to the Wayne Brown Correctional Facility upon completion of the visit and no later than 4:00 p.m. on Friday, September 14, 2018.

IT IS SO ORDERED.

_____
HONORABLE CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING STATUS CONFERENCE