LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ATHANASIOS DIMOU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ATHANASIOS DIMOU,<br><br>Defendant. | Case No.: 2:16-CR-133-TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    December 13, 2018<br>Time:    9:30 a.m.<br>Court:   Hon. Troy L. Nunley |

Plaintiff United States of America by and through Assistant United States Attorney James Conolly, and Attorney Todd Leras on behalf of Defendant Athanasios Dimou, stipulate as follows:

1. This matter is presently set for a status conference on October 18, 2018. By this stipulation, Defendant Dimou moves to continue his status conference to December

ORDER CONTINUING STATUS CONFERENCE

13, 2018.

2. This case involves distribution of methamphetamine during several controlled purchases in Stockton. Defense counsel has conducted additional investigation and is engaged in ongoing investigation of potential defenses and evidence in mitigation of potential sentence in the event of a negotiated disposition.

3. Defendant Dimou is being held at the Wayne Brown Correctional Facility in Nevada City, California. That facility is a driving distance of approximately 65 miles from downtown Sacramento, making client visits to review discovery and investigation reports more difficult than for inmates housed at the Sacramento Main Jail.

4. The government has provided defendant with a proposed written plea agreement. During the past several weeks Mr. Dimou's sixteen-year old son has been recovering from surgery related to a serious health condition. Mr. Dimou requests additional time to consider the proposed resolution and to complete defense investigation and legal research into other matters related to his potential sentence.

5. Defendant Dimou therefore requests to continue the status conference in this matter to December 13, 2018, at 9:30 a.m., and to exclude time between October 18, 2018 and December 13, 2018 under Local Code T-4. The United States does not oppose this request.

6. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Dimou the reasonable time necessary for effective preparation, considering the exercise of due diligence.

7. Based on the above-stated facts, Defendant Dimou requests that the Court find that

ORDER CONTINUING STATUS CONFERENCE

the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of October 18, 2018 to December 13, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Dimou's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

9. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED: October 15, 2018

By    Todd D. Leras for
   JAMES CONOLLY
   Assistant United States Attorney

DATED: October 15, 2018

By    /s/ Todd D. Leras
   TODD D. LERAS
   Attorney for Defendant
   ATHANASIOS DIMOU

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter as to Athanasios Dimou, scheduled for October 18, 2018, is vacated. A new status conference for Athanasios Dimou is scheduled for December 13, 2018, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant Dimou's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from October 18, 2018, up to and including December 13, 2018.

IT IS SO ORDERED.

DATED: October 15, 2018

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE