LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ATHANASIOS DIMOU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-133 TLN |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| ATHANASIOS DIMOU, | |
| Defendant. | Date:        October 24, 2019 |
| | Time:        9:30 a.m. |
| | Court:       Hon. Troy L. Nunley |

Plaintiff United States of America by and through Assistant United States Attorney James

Conolly, and Attorney Todd Leras on behalf of Defendant Athanasios Dimou, stipulate as

follows:

1.   This matter is presently set for status conference on August 29, 2019.  By this

stipulation, Defendant Dimou moves to continue the status conference to October 24,

2019.

ORDER CONTINUING STATUS
CONFERENCE

2. This case involves distribution of methamphetamine during several controlled purchases in Stockton. Defense counsel conducted additional investigation related to potential sentencing issues. Some of the information obtained from defense investigation has been provided to the government for consideration of potential changes to a pending resolution proposal. In addition, ongoing defense investigation includes completing interviews of mitigation witnesses in Stockton, greater San Joaquin County, and family members in Virginia and Greece. Defense counsel is also continuing to research the potential implications of the recently enacted First Step Act on sentencing issues in this case.

3. Defendant Dimou is being held at the Wayne Brown Correctional Facility in Nevada City, California. That facility is a driving distance of approximately 65 miles from downtown Sacramento, making client visits to review discovery, investigation reports, and legal research materials more difficult than for inmates housed at the Sacramento Main Jail.

4. Given the ongoing defense mitigation investigation and legal research regarding First Step Act impacts on the potential sentence in this case, Defendant Dimou requests to continue the status conference in this matter to October 24, 2019, at 9:30 a.m., and to exclude time between August 29, 2019 and October 24, 2019, inclusive, under Local Code T-4. The United States does not oppose this request.

5. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Dimou the reasonable time necessary for effective preparation, considering the exercise of due diligence.

ORDER CONTINUING STATUS
CONFERENCE

6. Based on the above-stated facts, Defendant Dimou requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 29, 2019 to October 24, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Dimou's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.


DATED: August 26, 2019

By ___*/s/ Todd D. Leras for*___
    JAMES CONOLLY
    Assistant United States Attorney


DATED: August 26, 2019

By ___*/s/ Todd D. Leras*___
    TODD D. LERAS
    Attorney for Defendant
    ATHANASIOS DIMOU

ORDER CONTINUING STATUS
CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter as to Athanasios Dimou, scheduled for August 29, 2019, is vacated. A new status conference for Athanasios Dimou is scheduled for October 24, 2019, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant Dimou's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from August 29, 2019, up to and including October 24, 2019.

IT IS SO ORDERED.


DATED: August 27, 2019

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS
CONFERENCE