UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
November 8, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHANASIOS DIMOU

Defendant.

Case No. 2:16-cr-00133-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ANTHANASIOS DIMOU Case No. 2:16-cr-00133-TLN Charges 21 USC § 846, 841(a)(1) from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

\_\_\_\_\_ Unsecured Appearance Bond $ _____

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

X  (Other): Temporary release to the custody of Investigator Fred Scoville from 11/12/2019 at 7:30 AM to 11/15/2019 at 1:30 PM and conditions as stated on the record in open court.

Issued at Sacramento, California on November 8, 2019 at 9:00 AM

By: _/s/_ _____

Magistrate Judge Kendall J. Newman