2:16-cr-00133-TLN


**FILED**
NOV 0 8 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

## ORDER

GOOD CAUSE APPEARING TO EXIST, the Court orders the following:

1. Athanasios Dimou shall be released from the Wayne Brown Correctional Facility in Nevada City, California, on a "Temporary Out" on November 12, 2019, at 7:30 a.m., to the temporary custody of Investigator Fred Scoville, who has agreed to act as third-party custodian during travel to Mary Watson's home in Fredericksburg, Virginia.

2. Upon arrival at Mary Watson's home, Athanasios Dimou shall remain in the third-party custody of Mary and/or Greg Watson. Investigator Scoville shall conduct an in-person check on Athanasios Dimou's compliance with the conditions of release when Investigator Scoville conducts interviews at Mary Watson's home on November 13 and 14, 2019. Investigator Scoville shall also conduct intermittent telephone check-ins every two hours (from 8:00 a.m. to 10:00 p.m.) with Mr. Dimou on those same days during the times when Investigator Scoville is not present at Mary Watson's home. Investigator Scoville shall immediately inform the Sacramento Federal Pre-Trial Services Office of any non-compliance by Mr. Dimou.

3. Mary Watson and Paraskevi Dimou have both signed $25,000 Appearance Bonds to ensure Athanasios Dimou's return from temporary release. Those Appearance Bonds shall be accepted top ensure Athanasios Dimou's compliance with the Temporary Release Order. Athanasios Dimou shall also sign an "Acknowledgment to Person Being Temporarily Released."

4. Investigator Scoville shall take third party custody of Athanasios Dimou during return travel from Virginia to California on November 15, 2019. Investigator Scoville shall

ORDER CONTINUING STATUS CONFERENCE

return Athanasios Dimou to the Wayne Brown Correctional Facility immediately upon return to California, and no later than 11:30 p.m. on November 15, 2019.

IT IS SO ORDERED.

HONORABLE KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING STATUS CONFERENCE