1 LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
2 455 Capitol Mall, Suite 802
Sacramento, California 95814
3 (916) 504-3933
4 toddleras@gmail.com
Attorney for Defendant
5 ATHANASIOS DIMOU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-133 TLN |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| ATHANASIOS DIMOU, | |
| Defendant. | Date: March 5, 2020<br>Time: 9:30 a.m.<br>Court: Hon. Troy L. Nunley |

Plaintiff United States of America by and through Assistant United States Attorney James Conolly, and Attorney Todd Leras on behalf of Defendant Athanasios Dimou, stipulate as follows:

1. This matter is presently set for status conference on February 20, 2020. By this stipulation, Defendant Dimou moves to continue to March 5, 2020 for further status conference and anticipated change of plea hearing.

ORDER CONTINUING STATUS
CONFERENCE

2. This case involves distribution of methamphetamine during several controlled purchases in Stockton.  The matter appears to be ready for resolution pursuant to a pending written settlement proposal.  Defendant Dimou is being held at the Wayne Brown Correctional Facility in Nevada City, California.   That facility is a driving distance of approximately 65 miles from downtown Sacramento, making client visits to review the proposed plea agreement, sentencing mitigation investigation reports, and legal research materials more difficult than for inmates housed at the Sacramento Main Jail.

3. Defense counsel is engaged in ongoing mitigation investigation and legal research regarding First Step Act impacts on the potential sentence in this case.  Defendant Dimou therefore requests to continue the status conference in this matter to March 5, 2020, at 9:30 a.m., and to exclude time between February 20, 2020 and March 5, 2020, inclusive, under Local Code T-4.  The United States does not oppose this request.

4. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Dimou the reasonable time necessary for effective preparation, considering the exercise of due diligence.

5. Based on the above-stated facts, Defendant Dimou requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et*

ORDER CONTINUING STATUS CONFERENCE

*seq.*, within which trial must commence, the time period of February 20, 2020 to March 5, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Dimou's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED: February 18, 2020

By  */s/ Todd D. Leras for*
JAMES CONOLLY
Assistant United States Attorney

DATED: February 18, 2020

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
ATHANASIOS DIMOU

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter as to Athanasios Dimou, scheduled for February 20, 2020, is vacated. A new status conference for Athanasios Dimou is scheduled for March 5, 2020, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant Dimou's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from February 20, 2020, up to and including March 5, 2020.

IT IS SO ORDERED.

DATED: February 18, 2020

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE