| | |
|---|---|
| 1 | LAW OFFICE OF TODD D. LERAS |
| 2 | Todd D. Leras, CA SBN 145666 |
|   | 455 Capitol Mall, Suite 802 |
| 3 | Sacramento, California 95814 |
|   | (916) 504-3933 |
| 4 | toddleras@gmail.com |
| 5 | Attorney for Defendant |
|   | ATHANASIOS DIMOU |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-133 TLN |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| ATHANASIOS DIMOU, | |
| Defendant. | Date: March 12, 2020 |
| | Time: 9:30 a.m. |
| | Court: Hon. Troy L. Nunley |

Plaintiff United States of America by and through Assistant United States Attorney James Conolly, and Attorney Todd Leras on behalf of Defendant Athanasios Dimou, stipulate as follows:

1. This matter is presently set for status conference/change of plea hearing on March 5, 2020. By this stipulation, Defendant Dimou moves to continue the hearing for one week to March 12, 2020.

ORDER CONTINUING STATUS CONFERENCE

2. This case involves distribution of methamphetamine during several controlled purchases in Stockton. The matter appears to be ready for resolution pursuant to a pending written settlement proposal. Defendant Dimou is being held at the Wayne Brown Correctional Facility in Nevada City, California. That facility is a driving distance of approximately 65 miles from downtown Sacramento, making client visits to review the terms of the proposed plea agreement and prepare for the change of plea colloquy more difficult than for inmates housed at the Sacramento Main Jail.

3. During preparation for the change of plea hearing, defense counsel noticed an issue related to the estimated guideline calculations in the proposed settlement agreement. Defense counsel is engaged in legal research and discussions with the government to ensure that the estimated guidelines are correctly set out in the plea agreement. Defendant Dimou therefore requests to continue the status conference/change of plea hearing in this matter to March 12, 2020, at 9:30 a.m., and to exclude time between March 5, 2020 and March 12, 2020, inclusive, under Local Code T-4. The United States does not oppose this request.

4. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Dimou the reasonable time necessary for effective preparation, considering the exercise of due diligence. The additional time is needed to ensure that any correction or amendment to the plea agreement can be discussed with Defendant Dimou at the Nevada County Jail during a preparation meeting for the change of plea hearing.

5. Based on the above-stated facts, Defendant Dimou requests that the Court find that

ORDER CONTINUING STATUS CONFERENCE

the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 5, 2020 to March 12, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Dimou's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized Todd Leras via telephone conference to sign it on his behalf.

DATED: March 3, 2020

By  */s/ Todd D. Leras for*
JAMES CONOLLY
Assistant United States Attorney

DATED: March 3, 2020

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
ATHANASIOS DIMOU

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference/change of plea hearing in this matter as to Athanasios Dimou, scheduled for March 5, 2020, is vacated. A new status conference/change of plea hearing for Athanasios Dimou is scheduled for March 12, 2020, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant Dimou's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from March 5, 2020, up to and including March 12, 2020.

IT IS SO ORDERED.

DATED: March 3, 2020

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE