| | |
|---|---|
| 1 | LAW OFFICE OF TODD D. LERAS |
| 2 | Todd D. Leras, CA SBN 145666 |
|   | 455 Capitol Mall, Suite 802 |
| 3 | Sacramento, California 95814 |
|   | (916) 504-3933 |
| 4 | toddleras@gmail.com |
|   | Attorney for Defendant |
| 5 | ATHANASIOS DIMOU |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-133 TLN |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| ATHANASIOS DIMOU, | |
| Defendant. | Date: March 26, 2020 |
| | Time: 9:30 a.m. |
| | Court: Hon. Troy L. Nunley |

Plaintiff United States of America by and through Assistant United States Attorney James Conolly, and Attorney Todd Leras on behalf of Defendant Athanasios Dimou, stipulate as follows:

1. This matter is presently set for status conference/change of plea hearing on March 12, 2020. By this stipulation, Defendant Dimou moves to continue the hearing for two weeks to March 26, 2020.

ORDER CONTINUING STATUS CONFERENCE

2. This case involves distribution of methamphetamine during several controlled purchases in Stockton. The parties are finalizing the terms of a settlement agreement. The government is considering defense proposals to change portions of the plea agreement and factual basis. That consideration has been delayed due to the unexpected death of a prosecutor assigned to the unit tasked with prosecuting drug trafficking cases in the Eastern District of California. Defense counsel is requesting continuance of the matter to allow the government to consider the suggested revisions.

3. Defendant Dimou is being held at the Wayne Brown Correctional Facility in Nevada City, California, a facility approximately 65 miles from downtown Sacramento. The distance complicates client visits to review the terms of the anticipated final plea agreement.

4. Defense counsel is furthermore engaged in continuing legal research and investigation into matters concerning sentencing mitigation. Defendant Dimou therefore requests to continue the status conference/change of plea hearing in this matter to March 26, 2020, at 9:30 a.m., and to exclude time between March 12, 2020 and March 26, 2020, inclusive, under Local Code T-4. The United States does not oppose this request.

5. The additional time is needed for continuing investigation and to ensure that any correction or amendment to the plea agreement can be discussed with Defendant Dimou at the Nevada County Jail during meetings there to prepare for the change of plea hearing.

ORDER CONTINUING STATUS CONFERENCE

6. Based on the above-stated facts, Defendant Dimou requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 12, 2020 to March 26, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Dimou's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized Todd Leras via telephone conference to sign it on his behalf.

DATED: March 10, 2020

By   */s/ Todd D. Leras for*
    JAMES CONOLLY
    Assistant United States Attorney

DATED: March 10, 2020

By   */s/ Todd D. Leras*
    TODD D. LERAS
    Attorney for Defendant
    ATHANASIOS DIMOU

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference/change of plea hearing in this matter as to Athanasios Dimou, scheduled for March 12, 2020, is vacated. A new status conference/change of plea hearing for Athanasios Dimou is scheduled for March 26, 2020, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant Dimou's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from March 12, 2020, up to and including March 26, 2020.

IT IS SO ORDERED.

DATED: March 10, 2020

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE