LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ATHANASIOS DIMOU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ATHANASIOS DIMOU,<br><br>   Defendant. | Case No.: 2:16-CR-133 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:     July 16, 2020<br>Time:        9:30 a.m.<br>Court:     Hon. Troy L. Nunley |

   Plaintiff United States of America by and through Assistant United States Attorney James Conolly, and Attorney Todd Leras on behalf of Defendant Athanasios Dimou, stipulate as follows:

   1.   This matter is presently set for status conference/change of plea hearing on May 14,

       2020.  The parties continued the matter by prior stipulation, from March 12, 2020, to

ORDER CONTINUING STATUS
CONFERENCE

allow defense counsel an opportunity to review a revised plea agreement with Mr. Dimou.  During the approximate two-month period between March 12 and May 14, 2020, national, state, and local events have unfolded related to the potential spread of COVID-19.  Federal and state authorities have issued increasingly restrictive directives to slow the spread of the virus.  Defendant Dimou therefore requests to continue this matter to July 16, 2020.

2. Defendant Dimou is being held at the Wayne Brown Correctional Facility in Nevada City, California ("Nevada County Jail"), a facility approximately 65 miles from downtown Sacramento.  On March 18, 2020, Chief United States District Judge Kimberly J. Mueller issued General Order 612, restricting access to the federal courthouses within the Eastern District of California until May 1, 2020.  On April 17, 2020, the Court issued General Order 617 to extend the courthouse restrictions until June 1, 2020.

3. On March 19, 2020, California Governor Gavin Newsom issued Executive Order N-33-20 ordering all California residents to shelter in place unless their services are needed to perform work in critical infrastructure functions.

4. Defense counsel, heeding the Governor's order, has suspended in-person visits to the Nevada County Jail since March 19.  Any visit to a jail facility involves a risk of spreading COVID-19, which is classified as a highly infectious virus by the Centers for Disease Control.  That risk includes the danger of an asymptomatic carrier unwittingly bringing the virus inside the jail exposing the staff, defense counsel, and Mr. Dimou to COVID-19.

ORDER CONTINUING STATUS CONFERENCE

5. Given the circumstances related to the threat posed by COVID-19, defense counsel needs additional time to review a revised plea agreement negotiated between the parties. The continuance is requested by defense counsel and Mr. Dimou to reduce the risk of spreading COVID-19, including during transportation of Mr. Dimou from Nevada City to Sacramento. The continuance further allows preparation for a change of plea to occur at a time when the threat of COVID-19 subsides. Defense counsel intends to continue legal research and defense investigation of sentencing mitigation during the intervening period.

6. Based on the above-stated facts, Defendant Dimou requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 14, 2020 to July 16, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B)(iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Dimou's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized

ORDER CONTINUING STATUS CONFERENCE

1  Todd Leras via email to sign it on his behalf.

3  DATED:  May 11, 2020                    MCGREGOR W. SCOTT
                                           United States Attorney

5                                          By   */s/ Todd D. Leras for*
                                               JAMES CONOLLY
6                                              Assistant United States Attorney

7  DATED:  May 7, 2020

8                                          By   */s/ Todd D. Leras*
                                               TODD D. LERAS
9                                              Attorney for Defendant
                                               ATHANASIOS DIMOU

28 ORDER CONTINUING STATUS
   CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference/change of plea hearing in this matter as to Athanasios Dimou, scheduled for May 14, 2020, is vacated.  A new status conference/change of plea hearing for Athanasios Dimou is scheduled for July 16, 2020, at 9:30 a.m.  The Court further finds, based on the representations of the parties and Defendant Dimou's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from May 14, 2020, up to and including July 16, 2020.

IT IS SO ORDERED.

DATED: May 12, 2020

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE