LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ATHANASIOS DIMOU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ATHANASIOS DIMOU,<br><br>　　　　Defendant. | Case No.: 2:16-CR-133 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　July 16, 2020<br>Time:　　9:30 a.m.<br>Court:　　Hon. Troy L. Nunley |

　　　Plaintiff United States of America by and through Assistant United States Attorney James Conolly, and Attorney Todd Leras on behalf of Defendant Athanasios Dimou, stipulate as follows:

　　1.　This matter is presently set for status conference/change of plea hearing on July 16, 2020. Due to the continuing crisis resulting from the spread of COVID-19, the sole method for proceeding with the anticipated change of plea hearing is through

ORDER CONTINUING STATUS
CONFERENCE

videoconferencing pursuant to General Orders 611, 612, 614, and 620. To facilitate an appearance by videoconference, Defendant Dimou requests to continue this matter to July 30, 2020.

2. Defendant Dimou is being held at the Wayne Brown Correctional Facility in Nevada City, California ("Nevada County Jail"), a facility approximately 65 miles from downtown Sacramento. The Nevada County Jail permits attorney visits to inmates.

3. Defense counsel has recently conducted in-person visits with Defendant to review the terms of the proposed plea agreement and prepare for a change of plea hearing. Defense counsel has not had the opportunity to review with Defendant a proposed stipulation to allow the use of videoconferencing during the plea hearing. The request for a brief two-week continuance is made to ensure that Defendant Dimou is advised of the terms of the proposed videoconferencing stipulation and consents to it.

4. Defense counsel intends to continue legal research and defense investigation of sentencing mitigation during the intervening period.

5. Based on the above-stated facts, Defendant Dimou requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of July 16, 2020 to July 30, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B)(iv) [Local Code T-4] because it results from a continuance granted by the Court at

ORDER CONTINUING STATUS CONFERENCE

Defendant Dimou's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED: July 13, 2020

By   */s/ Todd D. Leras for*
JAMES CONOLLY
Assistant United States Attorney

DATED: July 13, 2020

By   */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
ATHANASIOS DIMOU

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference/change of plea hearing in this matter as to Athanasios Dimou, scheduled for July 16, 2020, is vacated. A new status conference/change of plea hearing for Athanasios Dimou is scheduled for July 30, 2020, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant Dimou's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from July 16, 2020, up to and including July 30, 2020.

IT IS SO ORDERED.

DATED: July 14, 2020

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE