```
LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ATHANASIOS DIMOU
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ATHANASIOS DIMOU,<br><br>　　　　　Defendant. | Case No.: 2:16-cr-0133 TLN<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES<br><br>Court:　　Hon. Troy L. Nunley<br><br>. |

　　　Plaintiff United States of America by and through Assistant U.S. Attorney James Conolly and Attorney Todd D. Leras on behalf of Defendant Athanasios Dimou, submit this request to continue the date presently set for Judgment and Sentencing in the above-referenced matter from October 15, 2020 to February 11, 2021.

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

Athanasios Dimou resolved this matter pursuant to a written plea agreement on July 30, 2020. He remains housed at the Wayne Brown Correctional Facility in Nevada County. Due to restrictions on in-person contact during the COVID-19 pandemic, Mr. Dimou's probation interview has not yet been completed. The defense requires additional time to prepare for the interview. The government does not oppose the request. A modification of the disclosure schedule and continuance of the sentencing hearing are therefore necessary. The assigned probation officer has confirmed her availability for February 11, 2021.

It is therefore requested that the Court modify its previously-set pre-sentence report disclosure schedule as follows:

1. Draft Pre-Sentence Report Date:  December 30, 2020;

2. Informal Objections to Draft Pre-Sentence Report:  January 14, 2021;

3. Final Pre-Sentence Report Date:   January 21, 2021;

4. Motion for Correction Date: January 28, 2021; and

5. Reply Date:  February 4, 2021.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney James Conolly has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED:  September 23, 2020

By    */s/ Todd D. Leras for*
    JAMES CONOLLY
    Assistant United States Attorney

DATED:  September 23, 2020

By    */s/ Todd D. Leras*
    TODD D. LERAS
    Attorney for Defendant
    ATHANASIOS DIMOU

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

**ORDER**

The Judgment and Sentencing Hearing in this matter is continued to February 11, 2021, at 9:30 a.m. The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

DATED: September 24, 2020

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE