LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ATHANASIOS DIMOU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ATHANASIOS DIMOU,

       Defendant.

Case No.: 2:16-cr-0133 TLN

ORDER TO SET SENTENCING HEARING
AND PRE-SENTENCE REPORT
DEADLINES

Court:     Hon. Troy L. Nunley

.

      Plaintiff United States of America by and through Assistant U.S. Attorney James Conolly

and Attorney Todd D. Leras on behalf of Defendant Athanasios Dimou, submit this request to set

this matter for Judgment and Sentencing on August 19, 2021, at 9:30 a.m.

      Athanasios Dimou resolved this matter pursuant to a written plea agreement on July 30,

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

2020.  He remains housed at the Wayne Brown Correctional Facility in Nevada County.  Due to restrictions on in-person contact during the COVID-19 pandemic, this matter has been set for Status as to the Sentencing Hearing – most recently for April 22, 2021.

Recent reductions in virus infection rates and improvements in vaccinations now allow for sentencing in this matter to proceed.  A modification of the disclosure schedule is also necessary to allow for completion of a probation interview.  The assigned probation officer has confirmed her availability for August 19, 2021.

It is therefore requested that the Court set the pre-sentence report disclosure schedule as follows:

1.  Draft Pre-Sentence Report Date:  July 8, 2021;

2.  Informal Objections to Draft Pre-Sentence Report:  July 22, 2021;

3.  Final Pre-Sentence Report Date:   July 29, 2021;

4.  Motion for Correction Date: August 5, 2021; and

5.  Reply Date:  August 12, 2021.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney James Conolly has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED:  April 19, 2021

By     _/s/ Todd D. Leras for_____
                JAMES CONOLLY
                Assistant United States Attorney

DATED:  April 19, 2021

By     _/s/ Todd D. Leras_____
                TODD D. LERAS
                Attorney for Defendant
                ATHANASIOS DIMOU

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

**ORDER**

The Judgment and Sentencing Hearing in this matter is set for August 19, 2021, at 9:30 a.m.  The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

    IT IS SO ORDERED.

DATED:  April 20, 2021

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE