LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ATHANASIOS DIMOU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ATHANASIOS DIMOU,<br><br>Defendant. | Case No.: 2:16-cr-0133 TLN<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES<br><br>Court:    Hon. Troy L. Nunley<br>Date:    August 19, 2021<br>Time:    9:30 a.m. |

    Plaintiff United States of America by and through Assistant U.S. Attorney James Conolly and Attorney Todd D. Leras on behalf of Defendant Athanasios Dimou, submit this request to set this matter for Judgment and Sentencing on September 30, 2021.

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

Athanasios Dimou resolved this matter pursuant to a written plea agreement on July 30, 2020. He remains housed at the Wayne Brown Correctional Facility in Nevada County. Due to Nevada County's continuing COVID-19 restrictions, the defense has provided written responses to a probation interview questionnaire. A probation interview has not yet been completed. A continuance of the sentencing hearing and modification of the disclosure schedule is necessary to allow for completion of the probation interview. The assigned probation officer has confirmed her availability for September 30, 2021.

It is therefore requested that the Court set the pre-sentence report disclosure schedule as follows:

1. Draft Pre-Sentence Report Date: August 19, 2021;

2. Informal Objections to Draft Pre-Sentence Report: September 2, 2021;

3. Final Pre-Sentence Report Date: September 9, 2021;

4. Motion for Correction Date: September 16, 2021; and

5. Reply Date: September 23, 2021.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney James Conolly has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED: July 7, 2021

By  /s/ Todd D. Leras for
JAMES CONOLLY
Assistant United States Attorney

DATED: July 7, 2021

By  /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
ATHANASIOS DIMOU

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

**ORDER**

The Judgment and Sentencing Hearing in this matter is continued to September 30, 2021, at 9:30 a.m. The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

DATED: July 8, 2021

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE