LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ATHANASIOS DIMOU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-0133 TLN |
| Plaintiff, | |
| vs. | ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES |
| ATHANASIOS DIMOU, | |
| Defendant. | Court:   Hon. Troy L. Nunley |
| | Date:    September 30, 2021 |
| | Time:    9:30 a.m. |

Plaintiff United States of America by and through Assistant U.S. Attorney James Conolly and Attorney Todd D. Leras on behalf of Defendant Athanasios Dimou, submit this request to continue the Sentencing Hearing in this matter from September 30 to October 28, 2021.

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

Athanasios Dimou resolved this matter pursuant to a written plea agreement on July 30, 2020.  He remains housed at the Wayne Brown Correctional Facility in Nevada County.  The draft Pre-Sentence Investigation Report ("PSR") has been completed as of September 9, 2021.  A continuance of the sentencing hearing and modification of the disclosure schedule is necessary to allow time for response to the draft PSR.  The assigned probation officer has confirmed her availability for October 28, 2021.

It is therefore requested that the Court set the pre-sentence report disclosure schedule as follows:

1. Informal Objections to Draft Pre-Sentence Report:  September 30, 2021;

2. Final Pre-Sentence Report Date:  October 7, 2021;

3. Motion for Correction Date: October 14, 2021; and

4. Reply Date:  October 21, 2021.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney James Conolly has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED:  September 13, 2021

By   */s/ Todd D. Leras for*
JAMES CONOLLY
Assistant United States Attorney

DATED:  September 13, 2021

By   */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
ATHANASIOS DIMOU

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

**ORDER**

The Judgment and Sentencing Hearing in this matter is continued to October 28, 2021, at 9:30 a.m. The Court adopts the modified Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

DATED: September 13, 2021

Troy L. Nunley
United States District Judge

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE